UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 1:19-cv-1224-SM |
| Plaintiff, ) | |
| v. ) | |
| JIGNASHA GAUTAM PATEL, ) a/k/a Reshma Asheefali Merchant, ) | |
| Defendant. ) | |

**CONSENT JUDGMENT REVOKING NATURALIZATION**

The Court having considered the Complaint filed by the United States of America

("United States") against Jignasha Gautam Patel ("Defendant") and having jurisdiction over this

matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; Defendant having been

advised by counsel; the parties having filed a Joint Motion for Consent Judgment; and Defendant

having admitted that she procured her naturalization by concealment of a material fact and

willful misrepresentation as described in the Complaint and Joint Motion; it is hereby

ORDERED, ADJUDGED, and DECREED as follows:

(1)     The Joint Motion for Consent Judgment is GRANTED;

(2)     In accordance with the Joint Motion for Consent Judgment, judgment is

ENTERED in favor of the United States and against Defendant;

(3)     The Court FINDS and DECLARES that Defendant illegally procured her

naturalization by fraud or willful misrepresentation;

(4)     The order admitting Defendant to U.S. citizenship is REVOKED and SET

ASIDE, effective as of the original date of the order, July 4, 2011;

(5)    Certificate of Naturalization No. 34114991 is CANCELED, effective as of the original date of the certificate, July 4, 2011;

(6)    Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of her July 4, 2011 naturalization; and

(7)    Defendant shall, within ten days of this Order, surrender and deliver her Certificate of Naturalization, any and all U.S. passports, and any other indicia of U.S. citizenship, as well as any copies thereof in her possession or control (and shall make good faith efforts to recover and then surrender any copies thereof that she knows are in the possession or control of others) to Counsel for the United States, Joseph F. Carilli, Jr.


IT IS SO ORDERED:

DATED at Concord, New Hampshire, this 25th day of March, 2020.


BY THE COURT:

STEVEN J. MCAULIFFE
United States District Judge