UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.

                               Case No. 19-cv-1224-SM

Jignasha Gautam Patel


JUDGMENT

Judgment is hereby entered in accordance with:

1. Endorsed Order granting the Joint Assented to Motion for

   Consent Judgment by District Judge Steven J. McAuliffe dated

   March 25, 2020;

2. Consent Judgment Revoking Naturalization by District Judge

   Steven J. McAuliffe dated March 25, 2020; and

3. Notice of Compliance with Judgment filed on April 4, 2020.


                                By the Court:

                                _____
                                Daniel J. Lynch
                                Clerk of Court


Date: April 7, 2020

cc:  Joseph Carilli, Jr., Esq.